First Department, February, 1942.
(February 6, 1942.)

William I. Phillips, Appellant, v. Manufacturers Trust Company, Respondent, Impleaded with Others, Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with leave to the defendant-respondent to answer the amended complaint within ten days after service of order on payment of said costs, and to plead the Statute of Limitations as an affirmative defense in its answer. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Modern Age Books, Inc., Appellant, v. Publishers Outlet Corp., Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

William Resnick, as a Stockholder of Hearn Department Stores, Inc., Suing on Behalf of Himself and All Other Stockholders of Hearn Department Stores, Inc., Similarly Situated and in the Right of Hearn Department Stores, Inc., Respondent, v. Hearn Department Stores, Inc., and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Vera H. Moran, Respondent, v. Massachusetts Mutual Life Insurance Company, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

George F. Smith and Others, Respondents, v. Stanwood G. Bradlee and Others, Defendants, Impleaded with Industrial Acceptance Corporation and Others, Appellants.— Orders unanimously affirmed, each with ten dollars costs and disbursements to the respondents, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of Eudora Leighton Crump, Deceased. State Tax Commission, Appellant; Walter Gray Crump, Jr., as Executor, etc., of Eudora Leighton Crump, Deceased, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See 175 Misc. 191.]

The People of the State of New York, on the Complaint of Louis Yonofsky, Respondent, v. Loyal Blanchard & Company, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Waitt Operating Co., Inc., Appellant, v. New York Life Insurance Company, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.